## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 15, United States Code, Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

FILED

**DEFENDANT - U.S.**

06 MAR 14 AM 9: 35

AKZO NOBEL CHEMICALS INTERNATIONAL B.V.

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**

CR 06 0160 JSW

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

NIALL E. LYNCH, Assistant Chief, USDOJ, ANTITRUST DIVISION

### DEFENDANT

**IS _NOT_ IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other } ☐ Fed'l ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

**DATE OF ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**PENALTY SHEET**

Company: **AKZO NOBEL CHEMICALS INTERNATIONAL B.V.**

<u>Maximum Penalties</u>:

1.   A fine in an amount equal to the largest of:

   A.   $10 Million.

   B.   Twice the gross pecuniary gain derived from the crime.

   C.   Twice the gross pecuniary loss caused to the victims of the crime.

2.   A term of probation of at least one year but not more than five years.

3.   $400 special assessment.

4.   Restitution.

1  NIALL E. LYNCH (CSBN 157959)
   LIDIA SPIROFF (CSBN 222253)
2  SIDNEY A. MAJALYA (CSBN 205047)
   LARA M. KROOP (CSBN 239512)
3  Antitrust Division
   U.S. Department of Justice
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA   94102
   Telephone: (415) 436-6660
6
7  Attorneys for the United States

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA          )    No. CR
                                      )
12           v.                       )    **INFORMATION**
                                      )
13  AKZO NOBEL CHEMICALS              )    VIOLATION:
    INTERNATIONAL B.V.,               )    Title 15, United States Code,
14                                    )    Section 1 (Price Fixing)
                 Defendant.           )
15  _____   )    San Francisco Venue

16      The United States of America, acting through its attorneys, charges:

17                             I.

18                DESCRIPTION OF THE OFFENSE

19      1.      AKZO NOBEL CHEMICALS INTERNATIONAL B.V. is made a defendant on

20  the charge stated below.

21      2.      Beginning on or about July 1, 1998 and continuing until on or about December 1,

22  2001, the defendant and coconspirators participated in a combination and conspiracy to suppress

23  and eliminate competition by fixing the price of hydrogen peroxide sold in the United States and

24  elsewhere.  The combination and conspiracy engaged in by the defendant and coconspirators was

25  in unreasonable restraint of interstate and foreign trade and commerce in violation of Section 1 of

26  the Sherman Act (15 U.S.C. § 1).

INFORMATION–AKZO NOBEL          Page 1

3.     The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and coconspirators, the substantial terms of which were to suppress and eliminate competition by fixing the price of hydrogen peroxide in the United States and elsewhere.

4.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and coconspirators did those things that they combined and conspired to do, including, among other things:

(a)     participating in conversations and meetings to discuss prices of hydrogen peroxide to be sold in the United States and elsewhere;

(b)     agreeing, during those conversations and meetings, to fix prices of hydrogen peroxide to be sold in the United States and elsewhere;

(c)     participating in conversations and attending meetings concerning implementation of and adherence to the agreements reached;

(d)     issuing price announcements and price quotations in accordance with the agreements reached; and

(e)     exchanging information on the sale of hydrogen peroxide in the United States and elsewhere.

II.

DEFENDANT AND COCONSPIRATORS

5.     The defendant is an entity organized and existing under the laws of the Netherlands, with its principal place of business in Amersfoort, the Netherlands.  During the period covered by this Information, the defendant was engaged in the business of producing and selling hydrogen peroxide in the United States and elsewhere.

6.     Various corporations and individuals, not made defendants in this Information, participated as coconspirators in the offense charged herein and performed acts and made statements in furtherance of it.

INFORMATION–AKZO NOBEL                    Page 2

1      7.      Whenever in this Information reference is made to any act, deed, or transaction of

2  any corporation, the allegation means that the corporation engaged in the act, deed, or transaction

3  by or through its officers, directors, employees, agents, or other representatives while they were

4  actively engaged in the management, direction, control, or transaction of its business or affairs.

5                                III.

6                     TRADE AND COMMERCE

7      8.      Hydrogen peroxide is a chemical compound with strong oxidizing properties that

8  is widely used as a bleaching agent.  The same household chemical commonly used as a

9  disinfectant for cuts and scrapes, hydrogen peroxide also has multiple industrial uses, including

10  applications in the electronics, energy production, mining, cosmetics, food processing, textiles,

11  and pulp and paper manufacturing industries.

12      9.      During the period covered by this Information, the defendant and coconspirators

13  manufactured, sold, and distributed hydrogen peroxide in a continuous and uninterrupted flow of

14  interstate and foreign trade and commerce to customers located in states or countries other than

15  the states or countries in which the defendant and coconspirators produced hydrogen peroxide.

16      10.     The business activities of the defendant and coconspirators that are the subject of

17  this Information were within the flow of, and substantially affected, interstate trade and

18  commerce.

19                                  IV.

20                   JURISDICTION AND VENUE

21      11.     The combination and conspiracy charged in this Information was carried out, in

22  part, in the Northern District of California within the five years preceding the filing of this

23  Information.

24  / / /

25  / / /

26  / / /

INFORMATION–AKZO NOBEL       Page 3

1  ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

2  Dated: March 14, 2006

3

4

5  Thomas O. Barnett
   Assistant Attorney General

   Phillip H. Warren
   Chief, San Francisco Office

6

7

8

9  Scott D. Hammond
   Deputy Assistant Attorney General

   Niall E. Lynch
   Assistant Chief, San Francisco Office

10

11

12

13  Marc Siegel
    Director of Criminal Enforcement

    Lidia Spiroff
    Sidney A. Majalya
    Lara M. Kroop
    Trial Attorneys

14

15  United States Department of Justice
    Antitrust Division

    United States Department of Justice
    Antitrust Division
    450 Golden Gate Avenue
    Box 36046, Room 10-0101
    San Francisco, CA   94102
    (415) 436-6660

16

17

18

19

20  Kevin V. Ryan
    United States Attorney
21  Northern District of California

22

23

24

25

26

INFORMATION–AKZO NOBEL          Page 4