1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. CR 06-0159 MMC |
|---|---|---|
| v. | ) | [PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771 |
| SOLVAY S.A., | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | No. CR 06-0160 MMC |
| v. | ) | |
| AKZO NOBEL CHEMICALS INTERNATIONAL B.V., | ) | |
| Defendant. | ) | |

On this date the Court considered the Motion to Establish Procedure for Crime Victim Notification Pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that for any public court or parole proceeding involving the crime, or the release or escape of the accused in this case, the Antitrust Division may provide reasonable, accurate, and timely notice through its web site, http://www.usdoj.gov/atr, and through letters to lead counsel for the direct purchaser plaintiffs in the class action entitled In re

Hydrogen Peroxide Antitrust Litigation, rather than individual notices to the crime victims of the hydrogen peroxide conspiracy.

Because there is a single victim of the sodium perborates conspiracy, it is practicable for the government to give direct notice to that victim.

IT IS SO ORDERED.

Dated: _March 24_, 2006.

United States District Judge

2