UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | Case No. CR 06-0160 MMC |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR EXPEDITED SENTENCING PURSUANT TO CRIMINAL LOCAL RULE 32-1(b) |
| | ) | |
| AKZO NOBEL CHEMICALS INTERNATIONAL B.V., | ) ) ) | |
| | ) | DATE: May 17, 2006 |
| Defendant | ) | TIME: 2:30 p.m. |
| | ) | COURT: Hon. Maxine M. Chesney |

Based on the stipulation of the parties, and for good cause shown, the Court finds that it is able to exercise its sentencing authority in this case meaningfully without a presentence report. Accordingly, the Court GRANTS the parties' joint request for expedited sentencing, and ORDERS that defendant Akzo Nobel Chemicals International B.V. be sentenced on an expedited basis pursuant to Crim. L.R. 32-1(b), on May 17, 2006, without need for a presentence report.

IT IS SO ORDERED.

Date: May 8, 2006

_____
United States District Judge